**Larry Oneal PIERCE, Plaintiff–Appellant,**

v.

**Tom BERGAMINE; W.C. Dew; Rita Cox, Defendants–Appellees.**

No. 11–6225.

United States Court of Appeals,
Fourth Circuit.

Submitted: April 28, 2011.

Decided: May 4, 2011.

Larry Oneal Pierce, Appellant Pro Se.

Before DAVIS, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Larry Oneal Pierce appeals the district court's order dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006). We have reviewed the record and find that this appeal is frivolous. Accordingly, we affirm the appeal for the reasons stated by the district court. *Pierce v. Bergamine*, No. 5:10–ct–03060–D (E.D.N.C. Jan. 24, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*